

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

DUGAN BLISS
TELEPHONE: (212) 336-0971
EMAIL:  blissd@sec.gov

April 13, 2018

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

Re:    *Securities and Exchange Commission v. Connell,* 17-cv-00831-LGS

Dear Judge Schofield:

I write as counsel for Plaintiff Securities and Exchange Commission (the "SEC") in the above-referenced matter.  Pursuant the Court's Order, dated May 19, 2017 [ECF No. 18], this case was stayed pending the resolution of Defendant Barry F. Connell's related criminal case, *USA v. Connell*, 17-cr-00116-RMB-1.

The Court also ordered that "[t]he parties are directed to provide a joint status letter apprising the Court of the status of Defendant's underlying criminal case on June 19, 2017, and every 60 days thereafter until the resolution of Defendant's criminal case."  [ECF No. 18].  The SEC previously filed status letters on June 19, 2017, August 18, 2017, October 17, 2017, December 15, 2017, and February 13, 2018.  [ECF Nos. 20, 21, 22, 23, 24].

At this time the SEC is still unable to file a *joint* status letter because Defendant has not contacted undersigned counsel regarding this case.  That being said, the SEC wishes to inform the Court that in the related criminal case, a status conference was held on April 12, 2018.  During that conference, the Court scheduled a trial for January 28, 2019.  The SEC will provide another status letter to the Court in 60 days, on April 13, 2018.

Respectfully submitted,

Dugan Bliss

cc: Defendant Barry F. Connell (by overnight delivery to the Metropolitan Detention Center)