```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
SECURITIES AND EXCHANGE                       :
COMMISSION,                                   :    17 Civ.831 (LGS)
                           Plaintiff,         :
                                              :    ORDER
              -against-                       :
                                              :
BARRY F. CONNELL,                             :
                           Defendant.         :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated February 3, 2020, directed Plaintiff to file status letters regarding the related criminal case, *United States v. Connell*, 17 Crim. 116, every 60 days (Dkt. No. 39).

WHEREAS, Plaintiff has not filed the status letter due on November 30, 2020. It is hereby

**ORDERED** that Plaintiff shall file the status letter by **December 7, 2020**.

Dated: December 2, 2020
       New York, New York

                                    _____
                                    **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**